UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-177-D-3

UNITED STATES OF AMERICA,
Plaintiff,

vs.

D'SHAUN DEVON HARGROVE,
Defendant.

**ORDER**

This matter is before the Court on "Defendant's Motion to Seal Sentencing Memorandum."

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Clerk is directed to seal the Sentencing Memorandum filed at D.E. 143.

SO ORDERED.

This the 10 day of May, 2019.

JAMES C. DEVER III
U.S. District Judge